## COMMISSIONER OF INTERNAL REVENUE, Petitioner, v. DIXIE MARGARINE COMPANY, Respondent.

### No. 8921.

Circuit Court of Appeals, Sixth Circuit.
April 13, 1942.

Samuel O. Clark, Jr., J. P. Wenchel, Sewall Key, Helen R. Carloss, Newton K. Fox, John W. Smith, J. Louis Monarch, and Arthur A. Armstrong, all of Washington, D. C., for petitioner.

George N. Murdock, of Chicago, Ill., for respondent.

Before HICKS, HAMILTON, and MARTIN, Circuit Judges.

PER CURIAM.

This cause was heard upon the transcript of the record, briefs and arguments of counsel, and it appearing to the court that the order of the Board of Tax Appeals herein sought to be reviewed was in conformity with the mandate of this court filed January 22, 1941, it is therefore ordered and adjudged that the petition for review be and the same is in all things dismissed.

## COMMISSIONER OF INTERNAL REVENUE v. Eugene GRAF.

## Eugene GRAF v. COMMISSIONER OF INTERNAL REVENUE.

### No. 10012.

Circuit Court of Appeals, Ninth Circuit.
March 10, 1942.

Samuel O. Clark, Jr., Asst. U. S. Atty. Gen., for the Commissioner.

Llewellyn A. Luce, of Washington, D. C., and J. M. Stotesbury, of Bozeman, Mont., for Graf.

Before GARRECHT and HEALY, Circuit Judges, and FEE, District Judge.

PER CURIAM.

On agreements of counsel for respective parties, ordered petitions to review in this cause dismissed, that a judgment be filed and entered accordingly, and that mandate in this cause issue forthwith.

## CONTINENTAL STEAMSHIP COMPANY, Appellant, v. Alexander KRYSAK, Appellee.

### No. 9018.

Circuit Court of Appeals, Sixth Circuit.
April 9, 1942.

Russell V. Bleecker, of Cleveland, Ohio, for appellant.

S. Eldridge Sampliner, of Cleveland, Ohio, for appellee.

Before SIMONS, ALLEN, and HAMILTON, Circuit Judges.

PER CURIAM.

Upon consideration of the briefs and record in the above-entitled cause, and the oral arguments of counsel, and it appearing that there was no reversible or prejudicial error in the court below wherein the questions were reserved for review, it is ordered that the decree below be and it is hereby affirmed.